**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** **NEWARK**                                          **DATE:** 2/3/2023
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**                                          **DOCKET#** 20-9748

American Immigration Lawyers Association, et al.
v.
Executive Office for Immigration review, et al.

**APPEARANCES:**


Akiva Shapiro, Esq.
Seton O'Brien, Esq.
Salah Hawkins, Esq.
Ben Kuruvilla, AUSA


**Nature of Proceedings**:  HEARING held on the record by video conference

Continuation of the evidentiary hearing held.
Court read its opinion on the record.



**Time Commenced: 11:00**
**Time Adjourned: 12:00**
**Total Time: 1:00**

                                          RoseMarie Olivieri
                                          SENIOR COURTROOM DEPUTY